In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-12-00504-CV
_____

### MARLIN LEASING CORPORATION, Appellant

### V.

### WATER PURIFYING SOLUTIONS, LLC, Appellee

_____

**On Appeal from the County Court at Law No. 1**
**Jefferson County, Texas**
**Trial Cause No. 118828**

_____

### MEMORANDUM OPINION

The appellant, Marlin Leasing Corporation, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Opinion Delivered June 27, 2013
Before Gaultney, Kreger, and Horton, JJ.